## CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jeffrey Presnell II**; DOB: 1982; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO. 24-03193MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about May 4, 2024, in the District of Arizona, **Jeffrey Presnell II**, knowing or in reckless disregard that certain aliens, including Nahum Bernal-Madrigal, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about May 4, 2024, in the District of Arizona (Sierra Vista), a United States Border Patrol Agent (BPA) responded to a Cochise County Sheriff's Office deputy's request for assistance involved in a possible alien smuggling load. The deputy stated that a 2005 Acura TI had come to a complete stop and the driver, later identified as **Jeffrey Presnell II**, exited the vehicle with his hands above his head, despite no law enforcement order to do so. The deputy stopped as well, and during interactions at the vehicle suspected the passengers to be Undocumented Non-Citizens (UNCs). BPAs determined the three rear seat passengers, including Nahum Bernal-Madrigal, were determined to be Mexican citizens illegally present in the United States.

Records checks revealed that Nahum Bernal-Madrigal did not have the proper immigration documentation to enter or remain in the U.S. legally. Bernal was previously removed from the U.S. on December 3, 2008.

Material witness Nahum Bernal-Madrigal stated that he is a citizen of Mexico and had arranged to be smuggled into the United States for $8,000 USD. Bernal crossed the International Boundary Fence with two others and a guide led them through the mountains. The group made it to a paved road that Bernal described as a parking lot. The guide told Bernal that there would be a blue car parked at the paved road and that he needed to enter it. The group found the car, got inside, and the driver asked if they were ready.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Nahum Bernal-Madrigal

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone _x_<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 6, 2024 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Siegele